**Query**     **Reports**     **Utilities**     **Help**     **What's New**     **Log Out**

CLOSED

# U.S. District Court [LIVE]
## Western District of Texas (San Antonio)
## CIVIL DOCKET FOR CASE #: 5:23-cv-00078-OLG

| | |
|---|---|
| Huda Logistics, LLC v. Kinsale Insurance Company | Date Filed: 01/19/2023 |
| Assigned to: Judge Orlando L. Garcia | Date Terminated: 02/06/2023 |
| Demand: $250,000,000 | Jury Demand: Plaintiff |
| Cause: 28:1332 Diversity-(Citizenship) | Nature of Suit: 110 Insurance |
| | Jurisdiction: Diversity |

**Plaintiff**

**Huda Logistics, LLC**          represented by     **Mark Steven Humphreys**
Mark S. Humphreys P.C.
211 South Rusk Street
Weatherford, TX 76086
972-263-3722
Fax: 972-237-1690
Email: texaslaw94@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Kinsale Insurance Company**    represented by     **James B. Harper**
Cozen O'Connor
1717 Main Street
Suite 3100
Dallas, TX 75201
214-462-3093
Fax: 972-865-7885
Email: JHarper@cozen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alissa Kirksey Christopher**
Cozen O'Connor
Global Insurance Department
1717 Main Street
Suite 3100
Dallas, TX 75201
214-462-3041
Fax: 214-462-3299
Email: akchristopher@cozen.com

*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/19/2023 | 1 | NOTICE OF REMOVAL by Kinsale Insurance Company (Filing fee $402 receipt number ATXWDC-16979086), filed by Kinsale Insurance Company. (Attachments: # 1 Exhibit A, # 2 Exhibit A-01, # 3 Exhibit A-02, # 4 Exhibit A-03, # 5 Civil Cover Sheet, # 6 Supplement Cover Sheet)(Christopher, Alissa) (Entered: 01/19/2023) |
| 01/19/2023 | 2 | Certificate of Interested Parties *and Rule 7.1 Disclosure Statement* by Kinsale Insurance Company. (Christopher, Alissa) (Entered: 01/19/2023) |
| 01/19/2023 |  | Case assigned to Judge Orlando L. Garcia. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (wg) (Entered: 01/20/2023) |
| 01/19/2023 |  | If ordered by the court, all referrals will be assigned to Magistrate Judge Farrer (wg) (Entered: 01/20/2023) |
| 01/20/2023 | 3 | ATTACHMENT *Supplement to JS 44 Civil Cover Sheet* to 1 Notice of Removal, by Kinsale Insurance Company. (Christopher, Alissa) (Entered: 01/20/2023) |
| 01/23/2023 | 4 | Order for Scheduling Recommendations/Proposed Scheduling Order. Scheduling recommendations/proposed scheduling order due to the Court within forty-five (45) days as of the filing of this Order., Notice of right to consent to disposition of a civil case by a U.S. Magistrate Judge. Signed by Judge Orlando L. Garcia. (wg) (Entered: 01/23/2023) |
| 01/31/2023 | 5 | AMENDED COMPLAINT against Kinsale Insurance Company amending, filed by Huda Logistics, LLC.(Humphreys, Mark) (Entered: 01/31/2023) |
| 01/31/2023 | 6 | Certificate of Interested Parties by Huda Logistics, LLC. (Humphreys, Mark) (Entered: 01/31/2023) |
| 02/03/2023 | 7 | Unopposed MOTION to Transfer Case *VENUE TO THE NORTHERN DISTRICT OF TEXAS* by Kinsale Insurance Company. (Attachments: # 1 Proposed Order)(Christopher, Alissa) (Entered: 02/03/2023) |
| 02/03/2023 | 8 | Proposed Order *MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF TEXAS* to 7 Unopposed MOTION to Transfer Case *VENUE TO THE NORTHERN DISTRICT OF TEXAS* by Kinsale Insurance Company. (Christopher, Alissa) (Entered: 02/03/2023) |
| 02/06/2023 | 9 | ORDER GRANTING KINSALE INSURANCE COMPANYS UNOPPOSED MOTION TOTRANSFER VENUE TO THE NORTHERN DISTRICT OF TEXAS re 7 Unopposed MOTION to Transfer Case *VENUE TO THE NORTHERN DISTRICT OF TEXAS* filed by Kinsale Insurance Company. Signed by Judge Orlando L. Garcia. (wg) (Entered: 02/06/2023) |